STATE OF NEW JERSEY v. ARTHUR B. FRAZIER.

May 22, 1984.

Petition for certification denied.

STATE OF NEW JERSEY v. ERNIE ARAFAT.

May 22, 1984.

Petition for certification denied.

STATE OF NEW JERSEY v. CHARLES HENRY TURNER.

May 22, 1984.

Petition for certification denied.

STATE OF NEW JERSEY v. STANLEY TURNER.

May 22, 1984.

Petition for certification denied.

STATE OF NEW JERSEY v. DARRYL S. HILL.

May 22, 1984.

Petition for certification denied.